**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN TRANDIN<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE, et al.,<br>Respondents. | Case No.: 3:26-cv-03772-DMS-AHG<br><br>**JOINT MOTION TO DISMISS** |

Petitioner Ian TRANDIN, by and through his counsel, Mario G. Portugal, and Respondents Christopher J. LaRose, et al., by and through their counsel, Roger G. Wright, hereby jointly agree and stipulate to dismissal of this case without prejudice. The parties further agree that each party will bear its own fees and costs of suit.

DATED: November 9, 2026

*s/ Mario G. Portugal*
MARIO G. PORTUGAL
Attorney for Petitioner

DATED: November 9, 2026

*s/ Michael D. Wallace*
MICHAEL D. WALLACE
Counsel for Respondents

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Mario G. Portugal, counsel for Petitioner, and that I have obtained Mr. Portugal's authorization to affix his electronic signature to this document.

DATED: November 9, 2026

*s/ Michael D. Wallace*
MICHAEL D. WALLACE
Counsel for Respondents

IT IS SO ORDERED.
DATED 11-10-26

UNITED STATES DISTRICT JUDGE